# IN THE SUPREME COURT OF THE STATE OF NEVADA

SOCORRO KEENAN, A/K/A KEENAN LOPEZ, AN INDIVIDUAL,
Appellant,

vs.

LETICIA ACOSTA, AN INDIVIDUAL,
Respondent.

No. 80796

FILED

APR 0 1 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed on March 13, 2020, without payment of the requisite filing fee. That same day, a notice issued directing appellant to pay the filing fee within 10 days or the appeal will be dismissed. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Kenneth C. Cory, District Judge
Socorro Keenan
Johnson & Gubler, P.C.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-12492